UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

AMANDA CHRISTINE STOAKES,

        Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

**(Theft of Mail Matter by Postal Employee)**

On several dates between on or about February 2, 2024, and on or about June 4, 2024, in Ionia County, in the Western District of Michigan, Southern Division,

**AMANDA CHRISTINE STOAKES,**

a United States Postal Service employee, embezzled, stole, abstracted, and removed mail matter that had been entrusted to her or came into her possession for delivery by a carrier or agent of the Postal Service through the Ionia, Michigan, Post Office. Specifically, the defendant stole four rebate vouchers from the mail that were issued by a national retailer and were addressed to individual customers of that retailer and the intended recipients of the delivery of such vouchers through the U.S. Post Office in Ionia, Michigan.

**18 U.S.C. § 1709**

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
RONALD M. STELLA
Assistant United States Attorney